KIRKLAND & ELLIS
Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400

Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice* forthcoming)
mary.mazzello@kirkland.com
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800

Miranda D. Means (*pro hac vice* forthcoming)
miranda.means@kirkland.com
200 Clarendon Street
Boston, MA 02116
T: (617) 385-7500

*Attorneys for Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF A DOCUMENT SUBPOENA TO 1000 VAN NESS LP SERVED IN:<br><br>APPLE INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>SAND MEDIA CORP INC, APPLE CINEMAS DANVILLE INC., APPLE CINEMAS VAN NESS INC, JAAS MEDIA INC., APPLE CINEMAS GREECE RIDGE INC, APPLE CINEMAS HARTFORD, INC, APPLE CINEMAS PITTSFORD INC, APPLE CINEMAS SIMSBURY INC, APPLE CINEMAS TORRINGTON INC, APPLE CINEMAS VII, INC, APPLE CINEMAS WARWICK, INC, APPLE CINEMAS WATERBURY INC, APPLE CINEMAS RIVERVIEW PLAZA INC., APPLE CINEMAS WHITE PLAINS INC., SAND MEDIA NM, INC, APPLE CINEMAS PROVIDENCE INC, LAX MEDIA MA LLC, LAX MEDIA LLC, LAX MERRIMACK LLC.<br><br>        Defendant. | CASE NO. 4:26-MC-80021-ASK<br><br>[RELATED TO CASE NO 1:25-CV-12173 PENDING IN THE DISTRICT OF MASSACHUSETTS]<br><br>**APPLE INC.'S RESPONSE TO ORDER AT DKT. 7 RE MOTION TO COMPEL** |

Pursuant to the Court's Order (Dkt. 7) regarding Apple Inc.'s ("Apple") motion to compel documents from 1000 Van Ness LP, Apple submits the following revised Request for Production No. 12:

**Original Request No 12:** All DOCUMENTS, including COMMUNICATIONS, REFERRING TO, RELATING TO, or CONCERNING the public's or consumers' impression of DEFENDANTS or DEFENDANTS' THEATERS, including, but not limited to, negative complaints or reviews.

**Revised Request No 12:** All DOCUMENTS, including COMMUNICATIONS, REFERRING TO, RELATING TO, or CONCERNING customer complaints or negative reviews for DEFENDANTS' THEATERS.

A redline showing the changes is below:

**Redline to Original Request No. 12:** All DOCUMENTS, including COMMUNICATIONS, REFERRING TO, RELATING TO, or CONCERNING ~~the public's or consumers' impression of DEFENDANTS or DEFENDANTS' THEATERS, including, but not limited to, negative~~ customer complaints or negative reviews for DEFENDANTS' THEATERS.

For the reasons stated in Apple's motion, Apple respectfully requests that the Court order production of these and the other documents requested in the Subpoena to 1000 Van Ness.

DATED: March 20, 2026

Respectfully submitted,

*/s/ Yan-Xin Li*

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400

Dale M. Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice* forthcoming)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800

Miranda D. Means (*pro hac vice* forthcoming)
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116
T: (617) 385-7500
miranda.means@kirkland.com

*Attorneys for Apple Inc.*